**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 07-cv-00759-LTB

ELVIA ELIZALDE,

       Plaintiff,

v.

WORLDZEN COLLECTION AND RECOVERY, LLC, a Delaware limited liability company,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 3 - filed May 24, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                       BY THE COURT:

                                       s/Lewis T. Babcock
                                       Lewis T. Babcock, Chief Judge

DATED:   May 25, 2007